## MOTION DOCKET

**91–2294.** State ex rel. Weiss v. Indus. Comm. On motion for relief from judgment, request for oral argument on motion for relief from judgment, and motion to strike or dismiss motion for relief from judgment. Motions denied.

**94–1944.** May v. Bowland. *Hamilton County,* No. C–940522. On motion for damages, litigation expenses, and attorney fees. Motion denied.

**94–1947.** May v. Bowland. *Hamilton County,* No. C–940568. On motion for damages, litigation expenses, and attorney fees. Motion denied.

**94–1948.** May v. Bowland. *Hamilton County,* No. C–930924. On motion for damages, litigation expenses, and attorney fees. Motion denied.

**94–2141.** Robb v. Chagrin Lagoons Yacht Club, Inc. *Lake County,* No. 93–L–064. On motion for leave to supplement the record. Motion denied.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**94–2201.** Ed Schory & Sons, Inc. v. Francis. *Stark County,* No. 9474. On motion for leave to supplement the record. Motion granted.

F.E. SWEENEY, J., dissents.

**95–42.** State v. Wogenstahl. *Hamilton County,* No. C–930222. On motion to file additional *pro se* merit brief and motion to reimburse counsel for expenses. Motions denied.

**95–372.** State v. Dick. *Tuscarawas County,* No. 94AP040025. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry, filed March 28, 1995, as follows:

"The judgment of this Court in the instant cause is in conflict with the judgments of the Scioto County Court of Appeals in *State v. Fraley* (1991), 77 Ohio App.3d 104, and the Columbiana Court of Appeals in *State v. Gilliam* (Aug. 2, 1993), Columbiana App. No. 92–C–33, unreported, on the following rule of law: Whether, in a prosecution pursuant to R.C. 4511.19 the result of a breath-alcohol content test is admissible where the Department of Health regulation that the subject be observed for twenty minutes before administration of the test is satisfied in whole or in part by someone other than the operator of the testing instrument. This cause is hereby certified to the Supreme Court of Ohio for determination."

**95–455.** State v. Howe. *Montgomery County,* No. 13969. On motion to exceed page limitation and motion to allow appellant to address all assignments of error in his merit brief. Motions denied.

**95–515.** State v. Brown. *Lucas County,* No. L–87–241. On motion for appointment of counsel. Motion denied.

WRIGHT and COOK, JJ., would also refer this cause to the court of appeals for appointment of counsel. RESNICK, J., dissents.